# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

TERRY KAWAYNE BURKE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2751
_____

December 12, 2025

Appeal from the County Court for Hillsborough County; Samantha L. Ward, Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.